# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

HENRY J. KLEIN,
          **Plaintiff,**

SECURA INSURANCE,
          **Involuntary Plaintiff,**

    **v.**                               **Case No: 17-C-0048**

MAXUM CASUALTY INSURANCE COMPANY et al.,
          **Defendants.**

---

## ORDER

Based upon the parties' stipulation (ECF No. 22), **IT IS ORDERED** that:

1.    The settlement reached in this case, including the distribution of settlement proceeds stated in the parties' stipulation, is **APPROVED** as follows:

        a.    $20,053.05 to the law firm of Gruber Law Offices, LLC for costs;

        b.    $9,946.95 to the law firm of Matthiesen, Wickert & Lehrer for costs;

        c.    $101,666.67 to plaintiff, Henry J. Klein;

        d.    $101,666.67 to Gruber Law Office, LLC for attorney's fees; and

        e.    $101,666.66 to SECURA Insurance.

2.    This action and all claims asserted or that could have been asserted herein by any named party against any other named party are **DISMISSED with prejudice** and without costs. The Clerk of Court shall enter final judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2018.

                         s/Lynn Adelman_____
                         LYNN ADELMAN
                         District Judge