# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

HENRY J. KLEIN et al.,
    Plaintiffs

v.                                      CASE NUMBER: 17-C-0048

MAXUM CASUALTY INS. CO. et al.,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, based on the parties' stipulation and pursuant to Wisconsin Statutes section 102.29, the parties' settlement and the distribution of the settlement funds are **APPROVED**, and that this action and all claims that were or could have been asserted in it by any named party against any other named party are **DISMISSED with prejudice** and without costs.

| 5/8/2018 | Stephen C. Dries |
|---|---|
| Date | Clerk |
| | s/J. Dreckmann |
| | (By) Deputy Clerk |